People of the State of Illinois, Plaintiff-Appellee, v. Edward C. Bill, Defendant-Appellant.

Gen. No. 48,478.

First District, Third Division.
December 13, 1961.

Quinn, Jacobs, Barry & Latchford, of Chicago (Francis E. Schlax, of counsel), for appellant; Arthur C. Thorpe, Corporation Counsel of the Village of Oak Park, for appellee. Opinion by MR. JUSTICE SCHWARTZ. Not to be published in full.